**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| | : | **CHAPTER 13** |
| | : | |
| | : | **CASE NO. __-____-bk-_____** |
| | : | |
| | : | |
| **Debtor(s)** | : | |

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

**Instructions:**  Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order.  Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.**  Presumptively reasonable fees under L.B.R. 2016-2(c) <br> 1.  Amount agreed to by debtor <br> 2.  Less amount paid to attorney prior to filing petition <br> 3.  Balance of compensation to be paid through plan distributions <br> 4.  Expenses advanced to be paid through plan distributions: (describe expense and amount) | <br> $ <br> $ <br> $ <br> $ |

| | |
|---|---|
| **B.**  Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) <br> 1.  Retainer received <br> 2.  Compensation earned prepetition and paid to attorney prior to filing petition <br> 3.  Expenses reimbursed prepetition <br> 4.  Balance in retainer after deduction of prepetition compensation and expenses <br> 5.  Compensation and expenses to be approved by the Court and to be paid through plan distributions, less balance in client trust account | <br><br> $ <br> $ <br> $ <br> $ <br><br> $ |

| | |
|---|---|
| **C.**  The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ |

Dated:_____        _____
                                                                Attorney for Debtor