```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                           Case No. 15-02942-JJT
Jerome X. Loftus, Jr.                                            Chapter 13
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: TWilson            Page 1 of 1           Date Rcvd: Mar 30, 2017
                              Form ID: orcnfpln        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2017.
db              +Jerome X. Loftus, Jr.,    926 Apple Tree Road,    Moscow, PA 18444-8611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2017 at the address(es) listed below:
              Ari David Kunofsky    on behalf of Creditor    United States of America ari.d.kunofsky@usdoj.gov,
               eastern.taxcivil@usdoj.gov
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              D Brian Simpson     on behalf of Creditor    Internal Revenue Service
               USAPAM.Bankr-WilkesBarre@usdoj.gov, CaseView.ECF@usdoj.gov
              David J. Harris    on behalf of Debtor Jerome X. Loftus, Jr. dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James Randolph Wood    on behalf of Creditor    North Pocono School District
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              Joshua I Goldman    on behalf of Creditor    Housing Opportunity Partners LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca J Price    on behalf of Creditor    Housing Opportunity Partners LLC rprice@nmmlaw.com,
               kbambary@nmmlaw.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    Housing Opportunity Partners LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Jerome X. Loftus Jr. | Chapter | 13 |
| Debtor(s) | Case No. | 5:15−bk−02942−JJT |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on December 20, 2016. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: March 30, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: TWilson, Deputy Clerk