```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                        Case No. 15-02942-JJT
Jerome X. Loftus, Jr.                                         Chapter 13
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5      User: karendavi      Page 1 of 1           Date Rcvd: Dec 18, 2017
                          Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2017.
4677899        +SN Servicing Corporation for Housing Opportunity P,   SN Servicing Corp.,    323 5th Street,
                Eureka, CA 95501-0305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2017 at the address(es) listed below:
              Ari David Kunofsky    on behalf of Creditor    United States of America ari.d.kunofsky@usdoj.gov,
               eastern.taxcivil@usdoj.gov
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              D Brian Simpson    on behalf of Creditor    Internal Revenue Service
               USAPAM.Bankr-WilkesBarre@usdoj.gov,    CaseView.ECF@usdoj.gov
              David J. Harris    on behalf of Debtor 1 Jerome X. Loftus, Jr. dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James Randolph Wood    on behalf of Creditor    North Pocono School District
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              Joshua I Goldman    on behalf of Creditor    Housing Opportunity Partners LLC
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Rebecca J Price    on behalf of Creditor    Housing Opportunity Partners LLC rprice@nmmlaw.com,
               kbambary@nmmlaw.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    Housing Opportunity Partners LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-02942-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Jerome X. Loftus, Jr.
926 Apple Tree Road
Moscow PA 18444

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/18/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: SN Servicing Corporation for Housing Opportunity P, SN Servicing Corp., 323 5th Street, Eureka, CA 95501 | ClearVue Capital Corporation<br>c/o Dwaldmanlaw PC<br>PO Box 5162<br>Largo, FL 33779<br>ClearVue Capital Corporation<br>c/o Dwaldmanlaw PC |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/20/17

Terrence S. Miller
**CLERK OF THE COURT**