# United States Bankruptcy Court
# Middle District of Pennsylvania

In re:  
Jerome X. Loftus, Jr.  
    Debtor

Case No. 15-02942-MJC  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Aug 24, 2021     Form ID: pdf010     Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jerome X. Loftus, Jr., 926 Apple Tree Road, Moscow, PA 18444-8611 |
| 4669546 | + | Ari D. Kunofsky, Esquire, US Department Of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044-0227 |
| 5003247 | + | ClearVue Capital Corporation, c/o Dwaldmanlaw PC, PO Box 5162, Largo, FL 33779-5162 |
| 5003248 | + | ClearVue Capital Corporation, c/o Dwaldmanlaw PC, PO Box 5162, Largo, FL 33779, ClearVue Capital Corporation c/o Dwaldmanlaw PC 33779-5162 |
| 4713711 | + | Housing Opportunity Partners REO, LLC, 101 Montgomery Street, Suite 2350, San Francisco, CA 94104-4159 |
| 4669548 | + | KML Law Group, Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 4669545 | | Law Office of David J Harris, 69 Public Square Suite 700, Wilkes Barre, PA 18701 |
| 4669544 | + | Loftus Jerome X Jr, 926 Apple Tree Road, Moscow, PA 18444-8611 |
| 4719371 | + | Maryland National Bank, Williamson and Brown, LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 4720982 | + | North Pocono School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 4677899 | + | SN Servicing Corporation for Housing Opportunity P, SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 4669550 | | Wells Fargo, Return Mail Operations, P. O. Box 10368, Des Moines, IA 50306-0368 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 24 2021 18:42:00 | Internal Revenue Service, Special Procedures Branch, P.O. Box 12051, Room 6404, Philadelphia, PA 19105 |
| 4673534 | Email/PDF: rmscedi@recoverycorp.com | Aug 24 2021 18:46:34 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 4669549 | Email/Text: bknotices@snsc.com | Aug 24 2021 18:42:00 | SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | ClearVue Capital Corporation, c/o Dwaldmanlaw PC, PO Box 5162, Largo, FL 33779-5162 |
| cr | *+ | North Pocono School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 4669547 | * | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ari David Kunofsky | on behalf of Creditor United States of America ari.d.kunofsky@usdoj.gov  eastern.taxcivil@usdoj.gov |
| D Brian Simpson | on behalf of Creditor Internal Revenue Service d.brian.simpson@usdoj.gov  Bethany.a.haase@usdoj.gov |
| David J. Harris | on behalf of Debtor 1 Jerome X. Loftus  Jr. dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Randolph Wood | on behalf of Creditor North Pocono School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Joshua I Goldman | on behalf of Creditor Housing Opportunity Partners LLC josh.goldman@padgettlawgroup.com  angelica.reyes@padgettlawgroup.com |
| Rebecca J Price | on behalf of Creditor Housing Opportunity Partners LLC rprice@nmmlaw.com  kbambary@nmmlaw.com |
| Recovery Management Systems Corporation | claims@recoverycorp.com |
| Thomas I Puleo | on behalf of Creditor Housing Opportunity Partners LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
JEROME X. LOFTUS, JR., : Chapter 13
: Case No.: 5: 15-bk-02942-MJC
Debtor :

## ORDER

Upon consideration: (a) of the Motion to Voluntarily Dismiss Bankruptcy Case filed by the Debtor on August 17, 2021; and (b) that the Debtor's case was not previously converted from another chapter,

**IT IS HEREBY ORDERED** that the Debtor's Chapter 13 bankruptcy case is dismissed pursuant to Section 1307(b) of the Bankruptcy Code.

Dated: August 24, 2021                By the Court,

_____
Mark J. Conway, Bankruptcy Judge (CN)